## First District.

Chicago & Western Indiana Railroad Company, cross-complainant, appellant, v. John C. Fetzer et al., cross-defendants, appellees. Gen. No. 28,942.

Bill to enjoin enforcement of arbitration award. Cross-bill for accounting. Decree against cross-complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed in part, reversed in part and remanded with directions. Opinion filed December 28, 1925.

Scott, Bancroft, Martin & MacLeish, for appellant; Frank H. Scott, Edgar A. Bancroft and Harold D. Burgess, of counsel. Henry Russell Platt, for cross-defendant John C. Fetzer.

Mr. Justice Johnston delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Clancy and Dan Sasson, plaintiffs in error. Gen. Nos. 29,939 and 29,940.

Prosecution for conspiracy. Verdict of guilty, and judgment and sentence thereon. Error to the Criminal Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 28, 1925. Rehearing denied January 12, 1926.

Stewart & O'Brien, for plaintiffs in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

The People of the State of Illinois ex rel. John Hensel, appellant, v. L. F. Gorman et al., appellees. Gen. No. 30,041.

Petition for mandamus to compel issuance of license transfer. Writ denied. Appeal dismissed on ground license has expired. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Opinion filed December 28, 1925.

Winston, Strawn & Shaw, for appellant; Harold A. Smith, of counsel. Francis X. Busch, Corporation Counsel, for appellees; Albert H. Veeder, Bernard A. Conlon, Patrick McEniff and Michael L. Rosina, Assistant Corporation Counsel, of counsel.

Mr. Justice Johnston delivered the opinion of the court.